```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 08977
   ROOSEVELT COCROFT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6501


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/08/2004 and was confirmed 06/10/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  65.02% from remaining funds.

     The case was paid in full 06/06/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
FAIRBANKS CAPITAL CORP   CURRENT MORTG         .00            .00            .00
FAIRBANKS CAPITAL CORP   MORTGAGE ARRE    11423.13            .00       11423.13
FAIRBANKS CAPITAL        NOTICE ONLY      NOT FILED           .00            .00
NUVELL CREDIT CO LLC     NOTICE ONLY      NOT FILED           .00            .00
NUVELL CREDIT CO LLC     SECURED          10400.00        4073.27       10400.00
CITIFINANCIAL INC        UNSECURED OTH     1564.00            .00        1016.91
NUVELL CREDIT CO LLC     UNSECURED         6261.64            .00        4071.37
KAREN WALIN              DEBTOR ATTY       1,494.00                      1,494.00
TOM VAUGHN               TRUSTEE                                         1,971.32
DEBTOR REFUND            REFUND                                              1.49

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 34,451.49

PRIORITY                                              .00
SECURED                                         21,823.13
    INTEREST                                     4,073.27
UNSECURED                                        5,088.28
ADMINISTRATIVE                                   1,494.00
TRUSTEE COMPENSATION                             1,971.32
DEBTOR REFUND                                        1.49
                         ---------------    ---------------
TOTALS                  34,451.49               34,451.49



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 08977 ROOSEVELT COCROFT
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/28/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE